UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JUDIA JACKSON,

        Plaintiff,                  CASE NO. 6:12-CV-1878-ORL-37GJK

v.

SIEMENS CORPORATION and
SIEMENS ENERGY, INC.,

        Defendants.

## DEFENDANT SIEMENS CORPORATION'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

Response:

(a) Judia Jackson, Plaintiff

(b) Siemens Energy, Inc., Defendant, Siemens Energy, Inc. ("SEI"), is a Delaware corporation. SEI is a wholly owned (100%) subsidiary of Siemens Corporation (a Delaware corporation), which is wholly owned (100%) by Siemens USA Holdings, Inc. (another Delaware corporation), which is wholly owned (100%) by Siemens Beteiligungen

- 2 -

USA GmbH (a German corporation), which is wholly owned by Siemens AG (a German corporation). Only Siemens AG is publicly traded.

(c) Siemens Corporation, Defendant, Siemens Corporation ("SC") is a Delaware corporation, which is wholly owned (100%) by Siemens USA Holdings, Inc. (another Delaware corporation), which is wholly owned (100%) by Siemens Beteiligungen USA GmbH (a German corporation), which is wholly owned by Siemens AG (a German corporation). Only Siemens AG is publicly traded.

(d) Kay L. Wolf, counsel for Defendant

(e) Louis D. Wilson, counsel for Defendant

(f) Ford Harrison, LLP, counsel for Defendant

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

Response:   None.

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the twenty largest unsecured creditors) in bankruptcy cases:

Response:   None.

4.) The name of each victim (individual and corporate), including every person who may be entitled to restitution:

Response:   Judia Jackson

I hereby certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

Dated: this 11th day of February, 2013.

Respectfully submitted,

**FORD HARRISON LLP**

By: s/Kay L. Wolf
    Kay L. Wolf
    Florida Bar No. 0247065
    300 S. Orange Avenue, Suite 1300
    Orlando, Florida 32801
    Tel. (407) 418-2300
    Fax (407) 418-2327
    kwolf@fordharrison.com

    Louis D. Wilson
    Florida Bar No. 0062257
    1901 S. Harbor City Blvd., Suite 501
    Melbourne, Florida 32901
    Tel. (321) 724-5970
    Fax (321) 724-5979

    Attorneys for Defendant
    Siemens Corporation

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 11, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

    s/Kay L. Wolf
    Kay L. Wolf

Orlando:210233.1