UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JUDIA JACKSON,

    Plaintiff,

v.                                              Case No. 6:12-CV-1878-ORL-37GJK
SIEMENS CORPORATION and
SIEMENS ENERGY, INC.,

    Defendants.
_____/

## DEFENDANT SIEMENS CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

_____    IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____

✔    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: February 11, 2013.

- 2 -

Respectfully submitted,

**FORD HARRISON LLP**

s/Kay L. Wolf
Kay L. Wolf
Florida Bar No. 0247065
300 South Orange Avenue, Suite 1300
Orlando, Florida 32801
Tel. (407) 418-2300
Fax (407) 418-2327
kwolf@fordharrison.com

Louis D. Wilson
Florida Bar No. 0062257
1901 S. Harbor City Blvd., Suite 501
Melbourne, Florida 32901
Tel. (321) 724-5970
Fax (321) 724-5979
ldwilson@fordharrison.com

Attorneys for Defendant
Siemens Corporation, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 11, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/Kay L. Wolf
Kay L. Wolf

Orlando:210235.1